**NOT FOR PUBLICATION**

```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| **DONALD D. HIGGS,** | Civil No. 18-8087 (RMB) |
| **Plaintiff** | |
| v. | OPINION |
| **GARY LANIGAN,** *et al.*, | |
| **Defendants** | |

**BUMB, District Judge**

Plaintiff, whose last known address was Bayside State Prison in Leesburg, New Jersey, filed this civil rights action in April 2018. (Compl., ECF No. 1.) On February 19, 2019, a copy of this Court's February 6, 2019 Order, mailed to Plaintiff at his last known address, was returned to the Court as undeliverable. Plaintiff did not advise the Court of his new address.

I.  DISCUSSION

Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

Dismissing a Plaintiff's complaint without prejudice is an appropriate remedy for noncompliance with this rule. See Archie v.

Dept. of Corr., Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases).

II. CONCLUSION

The Court will dismiss this case without prejudice pursuant to Local Rule 10.1  An appropriate order follows.


Dated: February 27, 2019


                                    s/Renée Marie Bumb
                                    **RENÉE MARIE BUMB**
                                    **UNITED STATES DISTRICT JUDGE**

2